ACCEPTED
01-15-00221-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/14/2015 4:37:03 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00221-CR, 01-15-00222-CR

GARY JAMES COX,
      APPELLANT

IN THE COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/14/2015 4:37:03 PM
CHRISTOPHER A. PRINE
Clerk

V.

THE STATE OF TEXAS,
      APPELLEE

FIRST SUPREME JUDICIAL DISTRICT

HOUSTON, TEXAS

## MOTION FOR EXTENSION OF TIME TO FILE STATE'S RESPONSE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Now comes Jack Roady, Criminal District Attorney of Galveston County, Texas, pursuant to Rule 10.5(b), Texas Rules of Appellate Procedure, and moves for an extension of time in which to file the State's Brief and would respectfully show the Court of Appeals as follows:

1. The appellant was convicted of SEX OFFENDER'S FAILURE TO COMPLY, ATTEMPTED SEXUAL PERFORMANCE OF A CHILD, and was sentenced on 2/4/2015. The trial case was styled as *State of Texas v. Gary James Cox*, in the 122nd Judicial District Court of Galveston County, Texas, Cause Nos. 13-CR-0184, 14-CR-3561. Appellant filed timely Notice of Appeal. The Appellant's brief was filed with this Court on 8/7/2015.

2. The present due date for filing the State's brief is 9/8/2015.

3. This is the State's first motion for extension of time to file its brief.

4. The State requested and was granted an extension on the companion case 01-15-00220-CR to 10/9/2015. The State inadvertently forgot to request an extension on the two above cases. The State requests the two cases be extended along with the companion case.

1

5. The State requests an extension to file its brief on or before 10/9/2015.

6. The State requests this extension not for delay but because during the last seventy-five days, the undersigned attorney for the State:

   - Completed a State's response brief in *Lamar Hunter v. State*, 01-14-00895-CR, on 7/7/2015.

   - Attended a CLE on 7/9/2015 and 9/10/2015.

   - Completed a State's response brief on Writ of Mandamus in *In Re Antonio Sepeda*, 14-15-00288-CV, on 8/13/2015.

   - Attended a TDCAA Legislative update on 8/20/2015.

   - Completed a State's response brief in *Ralph Garcia v. State*, 01-14-00954-CR on 9/11/2015.

   - Handled 72 expunctions and nondisclosures, and misidentification expunctions.

   - Completed post-conviction writ answers on case numbers: 11-CR-0345-83-1 (*Mario Meza*); 98-CR-0358-83-3, 98-CR-0359-83-3, 98-CR-0360-83-3, 98-CR-0361-83-3, 98-CR-0362-83-3 (*Keith St. Aubin*).

7. The State must also complete its response brief to *Anthony Bradford v. State*, 14-15-00201-CR & 14-15-00202-CR, due on September 21, 2015.

8. The State must also complete its response brief to *Robert Rollins v. State*, 01-14-00768-CR, due on October 26, 2015.

   WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that this Court of Appeals extend the time to file the State's brief until October 9, 2015.

2

Respectfully submitted,
JACK ROADY
CRIMINAL DISTRICT ATTORNEY
GALVESTON COUNTY, TEXAS

_____

ALLISON LINDBLADE
Assistant Criminal District Attorney
600 59th Street, Suite 1001
Galveston County, Texas 77551
Tel.(409)766-2355, fax (409)766-2290
State Bar Number: 24062850
allison.lindblade@co.galveston.tx.us

## CERTIFICATE OF COMPLIANCE

The undersigned Attorney for the State certifies this brief is computer generated, and consists of 364 words.

_____

ALLISON LINDBLADE
Assistant Criminal District Attorney
Galveston County, Texas

## CERTIFICATE OF SERVICE

The undersigned attorney for the State certifies that a copy of the above motion was faxed/ emailed/ eFiled / or mailed to Joel Bennett, Attorney for Appellant, at joel@searsandbennett.com on September 14, 2015.

_____

ALLISON LINDBLADE
Assistant Criminal District Attorney
Galveston County, Texas

3

# AFFIDAVIT

**THE STATE OF TEXAS**

**COUNTY OF GALVESTON**

Before me, the undersigned authority, on September 14, 2015, appeared Allison Lindblade, who by me duly sworn did depose and state on oath the following:

"I, Allison Lindblade, Attorney for the State of Texas, have read the Motion for Extension of Time to File the State's Brief, and swear that the information contained therein is true and correct."

ALLISON LINDBLADE
Assistant Criminal District Attorney
Galveston County, Texas

SWORN TO AND SUBSCRIBED before me on September 14, 2015.

NOTARY PUBLIC in and for
the State of Texas

HEATHER GRUBEN
Notary Public, State of Texas
My Commission Expires
May 06, 2019

4